1

2

3 **UNITED STATES DISTRICT COURT**

4 **DISTRICT OF NEVADA**

5　JOHN TURNER,　　　　　　　　　　　　　Case No. 2:24-cv-00495-GMN-NJK

6　　　　　　　　　　　　　　　Petitioner,

7　　　　v.　　　　　　　　　　　　　　　　　**ORDER**

8　JEREMY BEAN, *et al*.,

9　　　　　　　　　　　　　　　Respondents.

10　　　　　Petitioner John Turner, a *pro se* Nevada prisoner, commenced this habeas action by filing

11　a Petition for Writ of Habeas Corpus (ECF No. 1-1).  On initial review of the Petition, the Court

12　directed service of the Petition. ECF No. 3.  Currently before the Court is Turner's renewed

13　Motion for Appointment of Counsel (ECF No. 6) and Respondents' Motion for Enlargement of

14　Time (ECF No. 7).

15　　**I.**　　**Renewed Motion for Appointment of Counsel**

16　　　　　The Court denied Turner's first motion for appointment of counsel on the basis that his

17　Petition was sufficiently clear in presenting the issues. ECF No. 3.  The Court noted that the legal

18　issues in this case are not particularly complex. *Id.*  The Court found that Turner has

19　demonstrated sufficient ability to write and articulate his claims and has submitted numerous

20　filings. *Id*.  Under 18 U.S.C. § 3006A(a)(2)(B), an indigent petitioner may request appointed

21　counsel to pursue that relief.  The decision to appoint counsel is generally discretionary. *Id.*

22　(authorizing appointed counsel "when the interests of justice so require"). *Id.* § 3006A(a)(2).

23　　　　　Nothing in Turner's renewed request for appointment of counsel causes this Court to

24　change its decision that the appointment of counsel is unwarranted, as set forth in the Court's

25　order of April 10, 2024.  The appointment of counsel is not justified in this instance.

26　Accordingly, Turner's renewed request for appointment of counsel is denied.

27　　**II.**　　**Motion for Enlargement of Time**

28　　　　　Respondents seek an extension of time to file their Answer to the Petition. ECF No. 7.

1

The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' first Motion for Enlargement of Time (ECF No. 7) is granted.  Respondents have until August 9, 2024, to file their Answer.

**IT IS THEREFORE ORDERED:**

1. Petitioner John Turner's Motion for Appointment of Counsel (ECF No. 6) is denied.

2. Respondents' first Motion for Enlargement of Time (ECF No. 7) is granted.

   Respondents have until August 9, 2024, to file their Answer.

DATED:  July 23, 2024

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE