# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN TURNER,<br><br>　　　　　　Petitioner,<br>v.<br>JEREMY BEAN, *et al.*,<br><br>　　　　　　Respondents. | Case No. 2:24-cv-00495-GMN-NJK<br><br>**ORDER** |

　　　　Respondents seek an extension of time to file their Answer to the Petition. ECF No. 11. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

　　　　It is therefore ordered that Respondents' second Motion for Enlargement of Time (ECF No. 11) is granted. Respondents have until September 23, 2024, to file their Answer.

　　　　DATED: August 23, 2024

　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE