# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOHN TURNER,

                Petitioner,

v.

JEREMY BEAN, *et al.*,

                Respondents.

Case No. 2:24-cv-00495-GMN-NJK

**ORDER**

Respondents seek an extension of time to file their Reply in support of their Motion to Dismiss. ECF No. 26.  The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' first Motion for Enlargement of Time (ECF No. 26) is granted.  Respondents have until November 1, 2024, to file their Reply.

DATED:  October 16, 2024

_____

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1